IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSIAH MENDOZA, INC., and<br>JOSIAH MENDOZA,<br><br>　　　Plaintiffs,<br><br>v.<br><br>KO MEDIA, LLC,<br>JESSE HOPTIAK and<br>LESLEY SALMAN<br><br>　　　Defendants. | Civil Action No 1:23-cv-00964-LMB |

## DISMISSED AGREED ORDER

THIS DAY came the parties, by and through the undersigned counsel, and represented that all matters in controversy have been fully resolved by and among the parties, and on the joint motion of the parties it is ORDERED that the case be dismissed **with prejudice** each party to bear his, her or its own costs and attorneys' fees.

And the Clerk is directed to forward a certified copy of this Order to all counsel of record.

　　　　　　　　　　　　　　　　　　ENTER:   /   /


　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Judge

1

WE ASK FOR THIS:

   /s/ *Caroline V. Davis*
David L. Hauck, Esquire (VSB# 20565)
Caroline V. Davis, Esquire (VSB#48123)
Duane, Hauck, Davis, Gravatt & Campbell, P.C.
100 West Franklin Street, Suite 100
Richmond, Virginia 23220
Telephone: 804-644-7400
Facsimile: 804-303-8911
dhauck@dhdgclaw.com
cdavis@dhdgclaw.com
*Counsel for Defendants KO Media, LLC,*
*Jesse Hoptiak and Lesley Salman*


   /s/ *Michael C. Whitticar*
Michael C. Whitticar, Esquire (VSB# 32968)
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, Virginia 20186
Telephone:  571-396-2980
Facsimile:  855-295-0740
mikew@novaiplaw.com
*Counsel for Plaintiff*