IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSIAH MENDOZA, INC., and
JOSIAH MENDOZA,

    Plaintiffs,

v.

KO MEDIA, LLC,
JESSE HOPTIAK and
LESLEY SALMAN

    Defendants.

Civil Action No 1:23-cv-00964-LMB

## DISMISSED AGREED ORDER

THIS DAY came the parties, by and through the undersigned counsel, and represented that all matters in controversy have been fully resolved by and among the parties, and on the joint motion of the parties it is ORDERED that the case be dismissed **with prejudice** each party to bear his, her or its own costs and attorneys' fees.

And the Clerk is directed to forward a certified copy of this Order to all counsel of record.

So Ordered

/s/ *LMB*

Leonie M. Brinkema  4/17/24
United States District Judge